UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **JAMES T. WHITE,** | : | VIOLATION: 18 U.S.C. § 656 |
| **Defendant.** | : | (Bank Embezzlement) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about April 10, 2006, in the District of Columbia, the defendant, **JAMES T. WHITE,** being an employee of Mercantile Potomac Bank, a bank the deposits of which are insured by the Federal Deposit Insurance Corporation with intent to defraud Mercantile Potomac Bank, willfully misapplied, embezzled, abstracted, or purloined the sum of approximately $126,800.00 of the moneys entrusted to the custody or care of Mercantile Potomac Bank in that the defendant, **JAMES T. WHITE**, without due authorization, withdrew and transferred said monies from Certificate of Deposit No. 5050508, held in the name of Sleiman El-Boueri, a customer of Mercantile Potomac Bank, for his personal use without authorization.

**(Bank Embezzlement,** in violation of Title l8, United States Code, Section 656)

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia