UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 07-098 (PLF) |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JAMES T. WHITE, | : | VIOLATIONS: |
|     Defendant. | : | 18 U.S.C. § 656 |
| | : | (Bank Embezzlement); |
| | : | 18 U.S.C. § 2314 |
| | : | (Interstate Transportation of Stolen |
| | : | Property); |
| | : | 22 D.C. Code § 3211, § 3212(a) |
| | : | (First Degree Theft) |
| _____ | : | |

**INDICTMENT**

The Grand Jury charges that:

**COUNTS ONE**
**(Bank Embezzlement)**

Introduction

At all times material to the Indictment:

1.  Mercantile Potomac Bank was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation.

2.  Defendant **JAMES T. WHITE** was an employee of Mercantile Potomac Bank and worked as a sales manager at its branch office located at 1629 K Street, Northwest, Washington, D.C. (the "K Street branch").

The Scheme

3. On or about April 10, 2006, defendant **JAMES T. WHITE** knowingly and willfully did devise and intend to devise a scheme and artifice to embezzle money from Mercantile Potomac Bank by stealing money entrusted to the custody and care of Mercantile Potomac Bank and convert the money to his own use to satisfy a personal debt to Mark Herb.

4. On or about April 10, 2006, while at work at Mercantile Potomac Bank's K Street branch, defendant **JAMES T. WHITE**, without authorization, knowingly and willfully arranged for $126,800 to be withdrawn from a certificate of deposit account, number 5050508, belonging to Sleiman El-Boueri, a customer of Mercantile Potomac Bank, without Mr. El-Boueri's knowledge or consent. The money withdrawn from Certificate of Deposit No. 5050508 were funds entrusted to the custody and care of Mercantile Potomac Bank.

5. After withdrawing the funds from Mr. El-Boueri's certificate of deposit account, on or about April 10, 2006, defendant **JAMES T. WHITE** directed a bank employee (Victor Sepulveda) to issue a Mercantile Potomac Bank cashier's check, number 245076, in the amount of $126,800, payable to "Halcomb & Straila, LLC." The law firm representing Mr. Herb was in fact Holcomb & Straile, LLC. The reference line of the check indicated the payment was regarding Mark Herb.

Execution of the Scheme

6. On or about April 10, 2006, in the District of Columbia, for the purpose of executing and carrying out the aforementioned scheme and artifice, defendant **JAMES T. WHITE** willfully misapplied, embezzled, abstracted, or purloined the sum of approximately $126,800.00 of moneys entrusted to the custody and care of Mercantile Potomac Bank in that defendant **JAMES T.**

**WHITE**, without due authorization, withdrew and transferred said moneys from Certificate of Deposit No. 5050508, held in the name of Sleiman El-Boueri, a customer of Mercantile Potomac Bank, for the personal use of **JAMES T. WHITE**, without authorization.

(**Bank Embezzlement**, in violation of Title 18, United States Code, Section 656)

## COUNT TWO

### (Interstate Transportation of Stolen Property)

7.  Paragraphs 1 through 5 are re-alleged as though fully set forth herein.

8.  On or about August 10, 2005, defendant **JAMES T. WHITE** obtained a personal loan by executing a note payable to the lender, Mark Herb, in the amount of $120,000. The note was secured by defendant **JAMES T. WHITE's** personal residence at 10210 Running Brook Lane, Upper Marlboro, Maryland.

9.  On or about March 29, 2006, Mr. Herb's lawyer, Donn K. Jenkins sent a letter to defendant **JAMES T. WHITE** indicating that WHITE was in default on the note and that foreclosure proceedings would be initiated on WHITE's home if full payment in the amount of $125,800 was not made by April 10, 2006.

10. On or about April 10, 2006, for the purpose of executing and carrying out the aforementioned scheme and artifice, after placing a telephone call to attorney Donn Jenkins, defendant **JAMES T. WHITE**, without authorization, transported Mercantile Potomac Bank cashier's check, number 245076, with value of $5,000 or more, from the District of Columbia to the office of Holcomb & Straile, LLC, located at 51 Monroe Street, Suite 1405, Rockville, Maryland, knowing the cashier check to have been stolen, converted and taken by fraud. The check was deposited by Holcomb & Straile, LLC, on or about April 11, 2006.

(**Interstate Transportation of Stolen Property**, in violation of Title, 18 U.S.C. § 2314)

## COUNT THREE
### (First Degree Theft)

11.     Paragraphs 1 through 5 are re-alleged as though fully set forth herein.

12.     On or about April 10, 2006, within the District of Columbia, the defendant **JAMES T. WHITE**, wrongfully obtained and used property of a value of $250 or more, belonging to Mercantile Potomac Bank, consisting of U.S. currency, with the intent to appropriate the property for his own use and to deprive Mercantile Potomac Bank of a right to and benefit of the property.

   **(First Degree Theft,** in Violation of Title 22 District of Columbia Code, Section 3211, 3212(a) (2001 ed.))


A TRUE BILL:


FOREPERSON.


Attorney for the United States in
and for the District of Columbia.