CO-526
(Rev. 4/91)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         )
                                 )
                                 )
            vs.                  )   Criminal No. 07-098
                                 )
   James J. White                )
_____)

**FILED**

MAY 29 2007 
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>WAIVER OF TRIAL BY JURY</u>

With the consent of the United States Attorney and the approval of the Court, the defendant hereby waives his right to trial by jury.

_____
                Defendant

_____
         Counsel for Defendant

I consent:

_____
       United States Attorney

Approved:

_____
     United States District Judge