IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :  CRIMINAL NO.: 07-098 (PLF) |
| | : |
| v. | :  VIOLATIONS: |
| | : |
| | :  18 U.S.C. § 656 (Bank Embezzlement) |
| | : |
| JAMES T. WHITE, | : |
| | : |
| Defendant. | : |

FILED

MAY 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant JAMES T. WHITE, agrees and stipulates that were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

On or about August 10, 2005, defendant JAMES T. WHITE obtained a personal loan by executing a note payable to the lender, Mark Herb, in the amount of $120,000. The note was secured by defendant JAMES T. WHITE's personal residence at 10210 Running Brook Lane, Upper Marlboro, Maryland.

On or about March 29, 2006, Mr. Herb's lawyer, Donn K. Jenkins sent a letter to defendant JAMES T. WHITE indicating that WHITE was in default on the note and that foreclosure proceedings would be initiated on WHITE's home if full payment in the amount of $125,800 was not made by April 10, 2006.

At that time, Defendant JAMES T. WHITE was an employee of Mercantile Potomac Bank and worked as a sales manager at its branch office located at 1629 K Street,

Northwest, Washington, D.C. (the "K Street branch"). At all relevant times, Mercantile Potomac Bank was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation.

On or about April 10, 2006, defendant JAMES T. WHITE knowingly and willfully devised a scheme and artifice to embezzle money from Mercantile Potomac Bank by stealing money entrusted to the custody and care of Mercantile Potomac Bank and convert the money to his own use, including to satisfy his personal debt to Mark Herb.

While at work at Mercantile Potomac Bank's K Street branch, on or about April 10, 2006, defendant JAMES T. WHITE, without authorization, knowingly and willfully arranged for $126,800 to be withdrawn from a certificate of deposit account, number XXXXX08, belonging to Sleiman El-Boueri, a customer of Mercantile Potomac Bank, without Mr. El-Boueri's knowledge or consent. The monies withdrawn from Certificate of Deposit No. XXXXX08 were funds entrusted to the custody and care of Mercantile Potomac Bank.

After withdrawing the funds from Mr. El-Boueri's certificate of deposit account, on or about April 10, 2006, defendant JAMES T. WHITE directed a bank employee, Victor Sepulveda, to issue a Mercantile Potomac Bank cashier's check, number 245076, in the amount of $126,800, payable to "Halcomb & Straila, LLC." The law firm representing Mr. Herb was in fact Holcomb & Straile, LLC. The reference line of the check indicated the payment was regarding Mark Herb.

For the purpose of executing and carrying out the aforementioned scheme and artifice, defendant JAMES T. WHITE placed a telephone call to attorney Donn Jenkins that same day, and informed Mr. Jenkins that he had the money owed to Mr. Herb. Thereafter, on or about April 10, 2006, defendant JAMES T. WHITE, without authorization, transported

2

Mercantile Potomac Bank cashier's check, number 245076, from Mercantile Potomac Bank's K Street branch to the office of Holcomb & Straile, LLC, located at 51 Monroe Street, Suite 1405, Rockville, Maryland, knowing the cashier check to have been stolen, converted and taken by fraud. JAMES T. WHITE personally delivered the check to Mr. Jenkins on or about April 10, 2006, and the check was deposited by Holcomb & Straile, LLC, on or about April 11, 2006. Defendant JAMES T. WHITE devised and executed the aforementioned scheme and artifice voluntarily and intentionally, and not as a result of mistake, inadvertence, or while under duress.

After learning that the funds had been withdrawn from Mr. El-Boueri's certificate of deposit account, Mercantile Potomac Bank began an investigation and determined that the withdrawal slip used to complete the transaction had the initials "J.W." written in the top right corner. The bank confronted defendant JAMES T. WHITE on or about April 17, 2006, and WHITE confessed that he took the money, but intended to replace the money.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        Bar No. 498610

By: _____
        Perham Gorji
        Assistant United States Attorney
        Delaware Bar No. 3737
        U.S. Attorney's Office
        555 4th Street, N.W., Rm. 4233
        Washington, D.C. 20530
        (202) 353-8822

## DEFENDANT'S ACKNOWLEDGMENT

      I have read and discussed the four (4) page Statement of Offense in the above-captioned case, 07-098 (PLF), with my attorney, Barry Johnson, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: _5/27/07_                           _____
                                              James T. White, Defendant


Date: _5/29/07_                           _____
                                              Barry Johnson, Esq.
                                              Attorney for Defendant