UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-98** |
| | : | |
| **v.** | : | |
| | : | |
| **JAMES WHITE** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Louis Ramos, telephone number (202) 305-2195 and/or email address Louis.Ramos@usdoj.gov and that Assistant United States Attorney Perham Gorji will no longer represent the United States in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Louis Ramos
Assistant United States Attorney
Federal Major Crimes, Bar No. 472-476
555 4th Street, N.W., Room 4243
Washington, DC 20530
(202) 305-2195