UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 07-0098 (PLF) |
| | ) | |
| JAMES T. WHITE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

Sentencing in this matter was scheduled for August 7, 2007. Neither party has submitted a memorandum in aid of sentencing. Defendant's counsel has informed the Court that he plans to request a sentence below the Sentencing Guideline range. At this time, no factual or legal argument has been submitted to the Court that would support this request. In fairness to the defendant and to ensure that the Court can fully consider all of the relevant factual and legal arguments that might support a sentence lower than the one recommended by the Sentencing Guidelines, the Court requires that defense counsel submit a sentencing memorandum in advance of sentencing. Accordingly, it is hereby

ORDERED that the sentencing scheduled to take place on August 7, 2007 at 10:30 a.m. is converted to a status conference; it is

FURTHER ORDERED that counsel for the defendant shall file a memorandum in aid of sentencing on or before August 21, 2007; and any response to such a memorandum by the government shall be filed on or before September 5, 2007; it is

FURTHER ORDERED that the sentencing in this matter is postponed until September 11, 2007 at 10:00 a.m.; and it is

FURTHER ORDERED that counsel for the defendant must obtain a Case Management/Electronic Case Filing ("CM/ECF") System to file documents and to receive copies of opinions and orders of the Court, and must file his appearance in this matter electronically. Counsel is referred to Local Civil Rule 5.4 for further information on the procedure for obtaining a CM/ECF password and filing documents on CM/ECF.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 6, 2007