UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

**FILED**
AUG - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
v. : Case No.: 07-098
:
JAMES T. WHITE : JUDGE FRIEDMAN

### LINE ENTERING APPEARANCE AND REQUEST FOR A SPEEDY TRIAL

Madam Clerk:

    Please enter the appearance of Barry M. Johnson, Esq. as counsel for the Defendant in the above-captioned case.

    Defendant requests a speedy trial of this matter.

                    Respectfully submitted,

                    **Law Office of Barry M. Johnson, LLC**

                    _____
                    Barry M. Johnson
                    DC Federal Bar Number:  MD15119
                    Counsel for Defendant
                    1050 Connecticut Avenue, N.W.
                    Suite 1000
                    Washington, D.C. 20036
                    202-772-1092
                    202-289-3748 (Fax)

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was mailed, first class, postage prepaid, on July 6, 2007, to the United States Attorney's Office for the District of Columbia, located at 555 Fourth Street, N.W., Washington, D.C.

                    _____
                    Barry M. Johnson