UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-0098 (PLF) |
| | ) |
| JAMES T. WHITE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

Sentencing in this matter was originally scheduled for August 7, 2007, and was later rescheduled for September 11, 2007. In view of the matters discussed at the status conference held on August 7, 2007, it is hereby

ORDERED that the sentencing scheduled to take place on September 11, 2007 at 10:00 a.m. is cancelled; it is

FURTHER ORDERED that counsel for the defendant shall file a memorandum in aid of sentencing on or before September 10, 2007; and any response to such a memorandum by the government shall be filed on or before September 21, 2007; and it is

FURTHER ORDERED that the sentencing in this matter shall take place on October 15, 2007 at 10:00 a.m.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 8/8/07