UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 07-098 (PLF)** |
| | : | |
| | : | |
| **JAMES T. WHITE** | : | |
| Defendant. | : | |

## GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE SENTENCING MEMORANDUM

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for a seven day extension of time, to and including Friday, September 28, 2007, within which to file it's sentencing memorandum in this case. The government's sentencing memorandum is currently due on Friday, September 21, 2007. As grounds for this motion, the government states the following:

1. On August 7, 2007 the Court set a schedule for the filing of sentencing memoranda in this case. The defendant's sentencing memorandum was due on September 10, 2007 and the government's sentencing memorandum is due on September 21, 2007. The undersigned Assistant United States Attorney (AUSA) was on family leave from September 7, 2007 until September 20, 2007, and was unable to access the defendant's sentencing memorandum from his home computer. The undersigned AUSA is therefore unable to draft the government's sentencing memorandum by September 21, 2007.

2.      Defense counsel, Barry Johnson, Esq., has no opposition to this motion.

WHEREFORE, the United States respectfully requests that the Court allow an extension of time, until September 28, 2007, within which the government may file its sentencing memorandum.

Respectfully submitted,
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610

By: _____
LOUIS RAMOS
Assistant United States Attorney
Bar No. 472-176
555 4th Street, N.W., Room 4243
Washington, DC 20530
(202) 305-2195

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 07-098 (PLF)** |
| : | |
| **JAMES T. WHITE** : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of the government's motion for an extension of time in which to file its sentencing memorandum, the Court finds good cause shown by the government and extends the deadline for the filing of the government's sentencing memorandum until September 28, 2007, and it is hereby,

**ORDERED** this _____ day of September, 2007 that the government's motion is **GRANTED**.

_____
U.S. District Judge Paul L. Friedman

_____
Date