UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES OF AMERICA :
:
v.                       :   Case No.:  07-0098
:
JAMES T. WHITE           :   JUDGE FRIEDMAN

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Defendant, James T. White, by and through his attorney, Barry M. Johnson, hereby moves this Court to allow Barry M. Johnson, counsel for the Defendant, to withdraw his appearance in the above captioned case, on the grounds stated below.

1. The Defendant was originally charged with Federal Banking Fraud.

2. Defense Counsel has received correspondence from this Honorable Court dated November 28, 2007, which informed counsel that the Defendant has indicated a desire to hire new counsel. Still further, it is also apparent from the correspondence that the undersigned's continued representation has precluded the Defendant from moving forward with new counsel. Based upon review of all relevant communications, it is clear that Defendant has decided to retain alternate counsel and wishes to discontinue the services of the undersigned counsel.

3. Upon an abundance of caution, so as not to unfairly prejudice the Defendant and harm his pending sentencing, Defense Counsel has not, and will not, unless ordered by this Honorable Court, responded to the numerous written allegations and averments by the Defendant. Rather counsel for the Defendant, wishes only to withdraw from the case so that the Defendant can hire new counsel.

4. The Defendant deserves the opportunity and has the right to be represented by an attorney in which he poses some minimum degree of confidence. In light of all that has transpired, that confidence cannot exists under the current representation.

5.  For the reasons stated above, the Defendant, through counsel, respectfully request that this Court strike the appearance of Barry M. Johnson as counsel for the Defendant and allow the Defendant the opportunity to seek new counsel.

>
> Respectfully submitted,
>
> _____
> Barry M. Johnson, Esq.
> DC Federal Bar Number:   MD15119
> Attorney for Defendant
> PO Box 1578
> Bowie, Maryand 20717
> 301-343-1124

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES OF AMERICA :
:
v. : Case No.: 07-0098
:
JAMES T. WHITE : JUDGE FRIEDMAN

ORDER

Upon consideration of the defendant's Motion to Withdraw Appearance of Counsel and the entire record, it is by the Court on this _____ day of _____, 2005,

GRANTED.

SO ORDERED.

_____
HONORABLE PAUL L. FRIEDMAN
United States District Court Judge