## CERTIFICATION OF NOTICE

Pursuant to LCrR 44.5(d) WITHDRAWAL OF COUNSEL of this Honorable Court, I, Barry M. Johnson, attorney for the defendant, do hereby certify that I have served upon the defendant (personally) at the defendant's last known address of 10210 Running Brook Lane, Upper Marlboro, Maryland 20772, a copy of the written Motion to Withdraw.

I further certify that all other parties have been noticed by ECF notification.

_____

Barry M. Johnson

PLEASE NOTE:  I cannot attend a status conference on December 20, 2007 as I will be in New York to do an interview with a school for my toddler child of four years old.  If a status hearing is necessary, I will send someone to stand in my place.