UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CRIMINAL DIVISION

|  |  |  |
|---|---|---|
|  | * |  |
| **UNITED STATES OF AMERICA** | * |  |
| v. | * | CRIMINAL NO. 07-0098 |
| **JAMES T. WHITE** | * | Honorable Judge Paul Friedman |
|  | * |  |

**NOTICE OF FILING**

**CERTIFICATION OF NOTICE**

Pursuant to LCrR 44.5(d) WITHDRAWAL OF COUNSEL of this Honorable Court, I, Barry M. Johnson, attorney for the Defendant, do hereby certify that I have served upon the Defendant (personally) at the Defendant's last know address of 10210 Running Brook Lane, Upper Marlboro, Maryland 20772, a copy of the written Motion to Withdraw.

I further certify that all other parties have been noticed by ECF notification.

_____/s/_____

Barry M. Johnson

PLEASE NOTE: I cannot attend a status hearing on December 20, 2007 as I will be in New York for an interview at a school for my four year old toddler child. If the status hearing is held, I will have to send someone to stand in on my belhalf.