UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
UNITED STATES OF AMERICA,                )
                                                    )
         v.                                         )          Criminal No. 07-0098 (PLF)
                                                    )
JAMES T. WHITE,                              )
                                                    )
              Defendant.                          )
_____)

ORDER

        Sentencing in this matter has been scheduled for April 3, 2008.  Accordingly, it is

hereby

        ORDERED that sentencing shall take place on April 3, 2008 at 9:30 a.m.; it is

        FURTHER ORDERED that defendant's memorandum in aid of sentencing shall

be due on or before March 20, 2008; and the government's sentencing memorandum shall be due

on or before March 27, 2008; it is

        FURTHER ORDERED that any motion for an extension of time in which to file

papers shall be filed at least four days prior to the deadline the motion is seeking to extend, and

shall include (1) the number of previous extensions of time granted, (2) the good cause

supporting the motion, (3) a statement of the effect that the granting of the motion will have on

existing deadlines, and (4) a statement of the opposing party's position with respect to the

motion; and it is

        FURTHER ORDERED that any motion to reschedule the sentencing shall be filed

(and hand-delivered or faxed to the Chambers of this Court and to opposing counsel) on or

before March 14, 2008, and shall state (1) the good cause supporting the motion, (2) a statement

of the opposing party's position with respect to the motion, and (3) four alternative dates and

times that are convenient to both parties.  In the absence of such a timely motion by one or both

parties, sentencing shall take place as scheduled.

       SO ORDERED.


                                       /s/_____
                                       PAUL L. FRIEDMAN
                                       United States District Judge

DATE: February 21, 2008