IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff;** ) | |
| ) | |
| v. ) | Criminal Case No. 07-98 (PLF) |
| ) | |
| **JAMES WHITE,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

          Respectfully submitted,

          A.J. KRAMER
          FEDERAL PUBLIC DEFENDER


          _____/s/_____
          Tony W. Miles
          Assistant Federal Public Defender
          625 Indiana Avenue, N.W., Suite 550
          Washington, D.C. 20004
          (202) 208-7500