UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-098 (PLF) |
| | ) | |
| JAMES T. WHITE | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE SENTENCING MEMORANDUM
AND TO CONTINUE SENTENCING**

James T. White, through undersigned counsel, respectfully moves the court for an extension of time within which to file defendant's sentencing memorandum. Additionally, Mr. White moves the court to continue his April 3, 2008 sentencing hearing. In support of this motion, Mr. White, through counsel, states the following:

As the court is well aware, undersigned counsel has recently been appointed to represent Mr. White in connection with a case which was previously being handled by an attorney Mr. White retained. Since the appointment of new counsel, undersigned counsel has been gathering various materials and information in order to properly represent Mr. White. At the moment, it appears that Mr. White's counsel does not have all the materials he needs in order to file a sentencing memorandum. Also, the newly assigned Assistant United States Attorney[1] is attempting to determine whether there is any discovery that should be produced to Mr. White's counsel which is not already in the possession of undersigned counsel. In addition to discussions involving discovery, undersigned counsel and the newly assigned Assistant United States Attorney are involved in discussions and negotiations regarding Mr. White's plea agreement and

---

[1] Assistant United States Attorney Neil Floyd has recently assumed responsibility from Louis Ramos with regard to the handling of Mr. White's case.

concerning issues related to sentencing.

In order to have ample time to receive and review all materials necessary for sentencing and to allow the prosecution and defense to complete negotiations, Mr. White is requesting additional time to file his sentencing memorandum and he is requesting that his sentencing hearing be continued. The Assistant United States Attorney assigned to this case, Neil Floyd, does not oppose this motion. The parties agree that an additional two weeks should provide for enough time to complete the tasks discussed above. Therefore, the parties propose that any sentencing memorandum filed on Mr. White's behalf be filed by April 3, 2008 and that any sentencing memorandum by the government be filed by April 10, 2008. The parties also propose that sentencing in this matter be continued to a date on or around April 17, 2008.

WHEREFORE, for the reasons stated above, Mr. White, through counsel, requests that the court reschedule his sentencing hearing and extend the date within which sentencing memorandums must be filed in a manner in accordance with this motion.

                              Respectfully submitted,

                              A.J. KRAMER
                              FEDERAL PUBLIC DEFENDER

                              _____/s/_____
                              Tony W. Miles
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W., Suite 550
                              Washington, D.C.  20004
                              (202)  208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 07-098 (PLF) |
| | ) | |
| **JAMES T. WHITE**_____ | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of defendant's Unopposed Motion For Extension of Time Within Which to File Sentencing Memorandum and to Continue Sentencing, it is this _____ day of March 2008,

**ORDERED** that the April 3, 2008 sentencing hearing shall be rescheduled to April _____, 2008. It is further

**ORDERED** that defendant's sentencing memorandum, if any, must be filed by April 3, 2008and the government's sentencing memorandum, if any, must be filed by April 10, 2008.

_____
PAUL L. FRIEDMAN
United States District Judge

Copies to:

Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

Neil Floyd
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20350