UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 07-098 (PLF)** |
| | : | |
| **JAMES T. WHITE** | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and Mr. James White, by and through his defense counsel Tony Miles, Esq., respectfully submit this Joint Status Report per the Court's Order dated April 18, 2008.

The government and the defense intend to present to the Court further evidence on the issue of whether the abuse of trust enhancement should apply in Mr. White's case. As a result, both parties are requesting a continuance of the sentencing date currently scheduled for April 23, 2008 at 10:00 a.m. If it is convenient to the Court, the parties respectfully request a sentencing date approximately two weeks from April 23, 2008.

WHEREFORE, the United States and the defendant respectfully request that the Court reschedule the sentencing hearing to a date approximately two weeks from April 23, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610


By: _____/s/_____
LOUIS RAMOS
Assistant United States Attorney
Bar No. 472-176
555 4th Street, N.W., Room 4243
Washington, DC 20530
(202) 514-7582


A.J. KRAMER
FEDERAL PUBLIC DEFENDER


By: _____/s/_____
TONY MILES, ESQ.
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20004
(202) 208-7500