# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 07-098 (PLF)** |
| | **:** | |
| | **:** | |
| **JAMES T. WHITE** | **:** | |
| **Defendant.** | **:** | |

## JOINT MOTION TO VACATE THE EVIDENTIARY HEARING AND SET A SENTENCING HEARING DATE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and Mr. James White, by and through his defense counsel Tony Miles, Esq., respectfully submit this Joint Motion to Vacate the Evidentiary Hearing scheduled for May 22, 2008 and set a Sentencing Hearing on May 16, 2008 at 12:00 p.m.  In support of this joint motion, the parties state the following:

On April 22, 2008, the parties filed a Joint Status Report in this case advising the Court that the government intended to present further evidence to support its position that the abuse of trust enhancement applies to Mr. White.  At this time, the undersigned Assistant United States Attorney ("AUSA") has decided not going to pursue the application of the abuse of trust enhancement to Mr. White's base offense level under the United States Sentencing Guidelines, and therefore an evidentiary hearing is no longer necessary.  The parties are prepared to proceed to sentencing.  The parties respectfully propose scheduling the sentencing hearing in this case on May 16, 2008 at 12:00 p.m., if that is convenient to the Court.

WHEREFORE, the United States and the defendant respectfully request that the Court vacate the evidentiary hearing scheduled for May 22, 2008, and schedule the sentencing hearing to May 16, 2008 at 12:00 p.m.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610

By: _____/s/_____
LOUIS RAMOS
Assistant United States Attorney
Bar No. 472-176
555 4th Street, N.W., Room 4243
Washington, DC 20530
(202) 514-7582

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

By: _____/s/_____
TONY MILES, ESQ.
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20004
(202) 208-7500

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 07-098 (PLF)** |
| | **:** | |
| | **:** | |
| **JAMES T. WHITE** | **:** | |
| **Defendant.** | **:** | |

**ORDER**

Upon consideration of the joint motion to vacate the evidentiary hearing and schedule a

sentencing hearing, the Court finds good cause shown to grant the motion, and it is hereby,

**ORDERED** this _____ day of May, 2008, that the joint motion is **GRANTED**.


_____
U.S. District Judge Paul L. Friedman


_____
Date