UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | **Criminal No. 07-098 (PLF)** |
| : | |
| : | |
| **JAMES T. WHITE**    : | |
|     **Defendant.** : | |

## GOVERNMENT'S UNOPPOSED MOTION
## TO RESCHEDULE THE SENTENCING HEARING TIME

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Unopposed Motion to Reschedule the Sentencing Hearing currently scheduled for May 16, 2008 at 12:00 p.m. to 10:30 a.m. In support of this motion, the government states the following:

The parties originally requested that this hearing be set at 12:00 p.m. on May 16, 2008 because that was the only time that defense counsel would be available. Defense counsel is now available in the morning, and rescheduling the hearing to 10:30 a.m. would be more convenient to the undersigned Assistant United States Attorney's schedule.

WHEREFORE, the United States and the defendant respectfully request that the Court reschedule the sentencing hearing to May 16, 2008 at 10:30 a.m.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498-610


        By: _____/s/_____
        LOUIS RAMOS
        Assistant United States Attorney
        Bar No. 472-176
        555 4th Street, N.W., Room 4243
        Washington, DC 20530
        (202) 514-7582

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 07-098 (PLF)** |
| | : | |
| | : | |
| **JAMES T. WHITE** | : | |
| Defendant. | : | |

# ORDER

Upon consideration of the government's motion to reschedule the sentencing hearing, the Court finds good cause shown to grant the motion, and it is hereby,

**ORDERED** this _____ day of May, 2008, that the joint motion is **GRANTED**.

_____
U.S. District Judge Paul L. Friedman

_____
Date