**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

**FILED**

MAY 16 2008

April 2, 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BY FAX (202) 273-0193**

Ms. Renee Moses-Gregory
United States Probation Officer
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

Re: <u>United States v. James T. White</u> [Cr. No. 07-098 (PLF)]

Ms. Moses-Gregory:

      Mr. White and I have reviewed the Revised July 30, 2007 Presentence Report (PSR) in relation to his case. At this time, the defense wishes to offer this supplement to any objections or issues previously raised by Mr. White's former counsel in this matter. To that end, we note the following:

      -On page 7, paragraph 30, the PSR should note that Mr. White's grandfather and his biological father currently reside together in Nashville, Tennessee. In addition to the mental health issues already referenced in the PSR in relation to Mr. White's father, Mr. White's grandfather, who is in his mid-eighties, suffers from health related problems such as diabetes. Due largely to their current conditions, Mr. White's grandfather and father do not have adequate means of support. Mr. White provides regular financial assistance to his father and grandfather to assist with their survival.

      -On pages 7-8, paragraph 33, the PSR should note that, while Mr. White shares joint custody over his children with his former wife, around the time of the divorce and the instant offense both of Mr. White's children resided with him about eighty percent of the time. Since about late 2006 to the present, because Mr. White's former wife moved out of her mother's residence, their children began staying with her a little more frequently than they previously did. But, the children still stayed with Mr. White more often than with their mother and Mr. White estimates that they currently reside with him about sixty-five to seventy percent of the time.

      -On pages 7-8, paragraph 33, the PSR should indicate that Mr. White's son recently obtained a partial scholarship to attend college at St. John's University in the state of New York. Mr. White's son plans on attending St. John's University beginning in the Fall of 2008 and Mr. White and Mr. White's former wife will need to provide significant additional financial assistance in order to pay

for their son's college education.

    -On pages 7-8, in the "Personal and Family Data" section, the PSR should note that Mr. White has served as a basketball coach for youth for about eight years for various teams on which either his son or daughter played. Mr. White has coached both boys and girls basketball teams through the Upper Marlboro Boys & Girls Club and he has coached local girls basketball teams through the Amateur Athletic Union (AAU). Mr. White estimates that he currently spends three to five days per week fulfilling his duties as a coach. Mr. White is very proud of this service he provides to the community and he believes he has made a positive impact on the lives of many people. Also, the teams Mr. White has coached have often had great success. For instance, one team he coached earned a national ranking of 16th and several of the teams he has coached have traveled to places such as Florida, Ohio, Pennsylvania and Virginia because they earned the right to play in regional or national tournaments.

    -On page 12, paragraph 55, Mr. White and his former wife purchased the referenced time share for about $8,900 and the current value of the time share is about $15,000.

Thank you for your assistance.

                                                  Sincerely,

                                                  Tony W. Miles
                                                  Asst. Federal Public Defender

cc: AUSA Louis Ramos